IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO.   14-540-02 |
| VINCENT FOXWORTH | : | |

## O R D E R

**AND NOW**, this   21st   day of   July  , 2015, upon consideration of Defendant Vincent Foxworth's Motion To Join In Co-Defendants' Pretrial Motions (ECF No. 80), it is **ORDERED** that the Motion is **DENIED**.[1]

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1] If after a motion is filed on behalf of a co-defendant and Counsel for Vincent Foxworth wishes to join in that motion, a formal request to do so should be filed with the Court.