IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| VINCENT FOXWORTH | : | NO. 14-540 |
| CYNTHIA FOXWORTH | : | |

**O R D E R**

**AND NOW**, this 2nd day of August, 2017, upon consideration of Defendant Vincent Foxworth's Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33(b)(2) (ECF No. 202), and Cynthia Foxworth's Motion for New Trial Pursuant to Federal Rules of Criminal Procedure 33(a) and 33(b)(2) (ECF No. 200), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**U.S. District Judge**