# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| VINCENT FOXWORTH | : | NO. 14-540 |

**ORDER**

**AND NOW**, this 4th day of February, 2019, upon consideration of Defendant Vincent Foxworth's Motion for Release Pending Appeal (ECF No. 339), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.